[No. 25155-1-III. Division Three. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WHITNEY FITZGERALD ADAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02938-3, Ellen K. Clark and Neal Q. Rielly, JJ., entered March 16 and April 27, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 25294-9-III. Division Three. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY GENE PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00795-9, Neal Q. Rielly, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik and Stephens, JJ.

[No. 25373-2-III. Division Three. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC S. COBB, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00348-0, Ellen K. Clark and Tari S. Eitzen, JJ., entered June 5 and 30, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Brown and Kulik, JJ.

[No. 25448-8-III. Division Three. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE PROBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03059-4, Kathleen M. O'Connor, J., entered August 16, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.